673 A.2d 922

**In the Interest of S.J.**

**Petition of S.J.**

Supreme Court of Pennsylvania.

April 23, 1996.

## ORDER

**AND NOW,** this *23rd* day of *April,* 1996, the Petition for Allowance of Appeal is granted with oral argument, but limited to whether the *Terry* frisk was justified, and if the Supreme Court's decision in *Minnesota v. Dickerson,* 508 U.S. 366, 113 S.Ct. 2130, 124 L.Ed.2d 334 (1993) is consistent with Article I, Section 8 of Pennsylvania's Constitution.